| Fill in this information to identify the case: |
|---|
| Debtor name          Cutting Edge Pet Supply Inc |
| United States Bankruptcy Court for the:        Southern District of Texas |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number
   None

4. **Other cash equivalents** *(Identify all)*
   None

5. **Total of Part 1**                                                                 $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   None

Debtor    **Cutting Edge Pet Supply Inc**                    Case number *(if known)* _____
             Name

---

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   None

**9.  Total of Part 2**                                                                                          $0.00

   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.

### Part 3: Accounts receivable

**10.  Does the debtor have any accounts receivable?**
   ☑ No. Go to Part 4.
   ☐ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

**11.  Accounts Receivable**

   11a. 90 days old or less:   _____  −  _____  = ...... ➔  _____
                                   face amount          doubtful or uncollectible accounts

   11b. Over 90 days old:      _____  −  _____  = ...... ➔  _____
                                   face amount          doubtful or uncollectible accounts

**12.  Total of Part 3**                                                                                          $0.00

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

**13.  Does the debtor own any investments?**
   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   None

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of fund or stock:                                    % of ownership:

   None

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

---

Debtor    **Cutting Edge Pet Supply Inc**    Case number *(if known)* _____
          Name

---

None

17. **Total of Part 4**                                                                                          $0.00

    Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

    | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|

19. **Raw materials**

    None

20. **Work in progress**

    None

21. **Finished goods, including goods held for resale**

    None

22. **Other inventory or supplies**

    None

23. **Total of Part 5**                                                                                          $0.00

    Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

---

Debtor    **Cutting Edge Pet Supply Inc**                                    Case number *(if known)*
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

None

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

None

**30. Farm machinery and equipment** (Other than titled motor vehicles)

None

**31. Farm and fishing supplies, chemicals, and feed**

None

**32. Other farming and fishing-related property not already listed in Part 6**

None

**33. Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.                                                                                              $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| Debtor | **Cutting Edge Pet Supply Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

None

**40. Office fixtures**

None

**41. Office equipment, including all computer equipment and communication systems equipment and software**

None

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

None

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.     $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description  Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

None

**48. Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor      **Cutting Edge Pet Supply Inc**                              Case number *(if known)*
                Name

   None

49. **Aircraft and accessories**

   None

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   None

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.                                              $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 9: Real Property

54. **Does the debtor own or lease any real property?**
   ☑ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

   | General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
   |---|---|---|---|---|
   | Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | | | |

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

   None

56. **Total of Part 9**

   Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.          $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 10: Intangibles and Intellectual Property

Debtor    **Cutting Edge Pet Supply Inc**                               Case number *(if known)*
          Name

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

    None

61. **Internet domain names and websites**

    None

62. **Licenses, franchises, and royalties**

    None

63. **Customer lists, mailing lists, or other compilations**

    None

64. **Other intangibles, or intellectual property**

    None

65. **Goodwill**

    None

66. **Total of Part 10**
    Add lines 60 through 65. Copy the total to line 89.                                $0.00

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

Debtor   **Cutting Edge Pet Supply Inc**     Case number *(if known)*
      Name

|  | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** <br> Description (include name of obligor) <br><br> None |  |
| **72. Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) <br><br> None |  |
| **73. Interests in insurance policies or annuities** <br><br> None |  |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)** <br><br> None |  |
| **75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** <br><br> None |  |
| **76. Trusts, equitable or future interests in property** <br><br> None |  |
| **77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership <br><br> None |  |
| **78. Total of Part 11** <br> Add lines 71 through 77. Copy the total to line 90. | $0.00 |
| **79. Has any of the property listed in Part 11 been appraised by a professional within the last year?** <br> ☑ No <br> ☐ Yes |  |

Official Form 206A/B        Schedule A/B: Assets — Real and Personal Property        page **8**

Debtor: **Cutting Edge Pet Supply Inc**
Case number *(if known)*:

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.* ➔ | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name __Cutting Edge Pet Supply Inc__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**2.1 Creditor's name**
Texas Citizens Bank

**Describe debtor's property that is subject to a lien**

Column A: unknown   Column B: unknown

**Creditor's mailing address**
4949 Fairmont Pkwy
Pasadena, TX 77505

**Describe the lien**
UCC Filing 180035995525

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**  10/10/2018

**Last 4 digits of account number**  __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   _____

Official Form 206D   Schedule D: Creditors Who Have Claims Secured by Property   page 1 of 1

Fill in this information to identify the case:

Debtor name: Cutting Edge Pet Supply Inc

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** _____ _____ _____  **Date or dates debt was incurred** _____  **Last 4 digits of account number** __ __ __ __  **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed  **Basis for the claim:** _____  Is the claim subject to offset? ☐ No ☐ Yes | | |
| 2.2 | **Priority creditor's name and mailing address** _____ _____ _____  **Date or dates debt was incurred** _____  **Last 4 digits of account number** __ __ __ __  **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed  **Basis for the claim:** _____  Is the claim subject to offset? ☐ No ☐ Yes | | |

Debtor     **Cutting Edge Pet Supply Inc**                    Case number *(if known)*
           Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.2** Nonpriority creditor's name and mailing address<br>Department of the Treasury<br>Bureau of the Fiscal Service<br>PO Box 830794<br>Birmingham, AL 35283-0794<br><br>Date or dates debt was incurred<br>Last 4 digits of account number    7  0  1  0 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  SBA Loan<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $265,312.60 |
| **3.3** Nonpriority creditor's name and mailing address<br>Department of the Treasury<br>Bureau of the Fiscal Service<br>PO Box 830794<br>Birmingham, AL 35283-0794<br><br>Date or dates debt was incurred<br>Last 4 digits of account number    7  8  0  4 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  SBA EIDL Loan<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $22,100.00 |
| **3.4** Nonpriority creditor's name and mailing address<br>JP Morgan Chase<br>Po Box 6294<br>Carol Stream, IL 60197-6294<br><br>Date or dates debt was incurred    10/1/2018<br>Last 4 digits of account number    6  1  4  2 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  credit card debt<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $18,195.44 |
| **3.5** Nonpriority creditor's name and mailing address<br>KMD Law<br>55 Waugh 150<br>Houston, TX 77007<br><br>Date or dates debt was incurred    2020<br>Last 4 digits of account number    __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  Attorney's Fees<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $5,550.00 |

Debtor    **Cutting Edge Pet Supply Inc**                                    Case number *(if known)*
          Name

## Part 2: Additional Page

**3.1** Nonpriority creditor's name and mailing address

Sup II Cinco Ranch LLC

Ferguson, Braswell, Fraser Kubasta
Attn John D Fraser

2500 Dallas Pkwy 600

Plano, TX 75093

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:         $267,664.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Lease Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Cutting Edge Pet Supply Inc**                                                       Case number *(if known)*
       Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $0.00 |
| 5b. Total claims from Part 2 | 5b. + | $578,822.99 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $578,822.99 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Cutting Edge Pet Supply Inc |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): _____  Chapter __7__ | ☐ Check if this is an amended filing |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease<br>Contract to be REJECTED | Sup II Cinco Ranch LLC<br>Ferguson, Braswell, Fraser Kubasta Attn John D Fraser<br>2500 Dallas Pkwy 600<br>Plano, TX 75093 |
| State the term remaining | 0 months | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name: **Cutting Edge Pet Supply Inc**

United States Bankruptcy Court for the: __Southern__ District of __Texas__ (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any codebtors?
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.5 | | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |

Official Form 206H                    Schedule H: Codebtors                    page 1 of __2__

Debtor     **Cutting Edge Pet Supply Inc**                        Case number (if known) _____
                Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.6 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City            State            ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Official Form 206H                        Schedule H: Codebtors                        page __2__ of __2__

| Fill in this information to identify the case: |
| --- |
| Debtor name             Cutting Edge Pet Supply Inc |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number (if known): _____  Chapter __7__ |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*................................................................................................................  $0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................................  $0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................................  $0.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................  $0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................  $0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................  + $578,822.99

4. **Total liabilities**......................................................................................................................................  $578,822.99
   Lines 2 + 3a + 3b