| Fill in this information to identify the case: |
|---|
| Debtor name          Cutting Edge Pet Supply Inc |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number (if known): _____   Chapter  7 |

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals         12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*........................................................................................................................ $0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................................... $0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................................................ $0.00

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................. $0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... + $578,822.99

4. **Total liabilities**................................................................................................................................................... $578,822.99
    Lines 2 + 3a + 3b